FILED

MAR 2 5 2010 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 10 CR 146    JUDGE DER-YEGHIAYAN |
| v. | ) | |
| | ) | Violations: Title 18, United States Code, |
| RICHARD MANN | ) | Sections 2252A(a)(1) and 2252A(a)(5)(B) |
| also known as "Spaniell" | ) | |
| | | MAGISTRATE JUDGE KEYS |

## COUNT ONE

The SPECIAL JANUARY 2009 GRAND JURY charges:

On or about December 23, 2009, at Evanston, in the Northern District of Illinois, Eastern Division,

RICHARD MANN,
also known as "Spaniell,"

defendant herein, using a means or facility of interstate commerce, namely, the internet, knowingly transported and shipped and caused to be transported and shipped child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, approximately 75 images and videos, including a video file titled "P101 — Brotherlove 5.wmv" and an image file titled "127.jpg";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT TWO

THE SPECIAL JANUARY 2009 GRAND JURY further charges:

On or about February 5, 2010, at Evanston, in the Northern District of Illinois, Eastern Division,

>        RICHARD MANN,
>     also known as "Spaniell,"

defendant herein, using a means or facility of interstate commerce, namely, the internet, knowingly transported and shipped and caused to be transported and shipped child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, approximately 45 videos, including video files titled "P101 — 09.mpg" and "69er01.mpg";

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The SPECIAL JANUARY 2009 GRAND JURY further charges:

On or about February 24, 2010, at Evanston, in the Northern District of Illinois, Eastern Division,

RICHARD MANN,
also known as "Spaniell,"

defendant herein, knowingly possessed material, namely, an HP Pavilion model A810N desktop computer with serial number MXF50701SM that contained still and video images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate and foreign commerce by any means, including computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

# FORFEITURE ALLEGATION

The SPECIAL JANUARY 2009 GRAND JURY further alleges:

1. The allegations of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Section 2252A,

RICHARD MANN,
also known as "Spaniell,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any matter that contains visual depictions described in Title 18, United States Code, Section 2252A; and in any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations.

3. The interests of the defendant subject to forfeiture include, but are not limited to, the following seized items:

   (a)   one seized personal computer, an HP Pavilion model A810N desktop computer with serial number MXF50701SM; and

   (b)   seized images.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY